IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEROY MONTEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-13-1096-R |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles Goodwin entered November 18, 2013 [Doc. No. 11] wherein it is recommended that Petitioner's motion for leave to proceed *in forma pauperis* be denied and that Petitioner be ordered to pay the $5.00 filing fee within 21 days from the date of this Order. Upon review of the Report and Recommendation and the Objection [Doc. No. 12] filed by Petitioner on November 27, 2013, the undersigned adopts the Magistrate Judge's Report and Recommendation in its entirety and directs the Petitioner to pay the $5.00 filing fee on or before January 3, 2014 or this matter will be dismissed without prejudice.

It is so ordered this 11th day of December, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE